IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENSHUE CONSTRUCTION, INC., a Wisconsin corporation, GARY L. HENSHUE, a resident and citizen of Wisconsin, and JOHN E. SCHUCHARDT, JR., a resident and citizen of Wisconsin,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 08-cv-424-bbc |

ORDER FOR REPLEVIN

This matter is before the Court on the Motion for an Order for Replevin (the "Motion") filed by Plaintiff, General Electric Capital Corporation ("GE Capital"). GE Capital seeks to replevy the Equipment that is more specifically described in the Verified Complaint and the Affidavit of William Wilson. The Court held a hearing on the Motion on August 6, 2008. Appearances for the parties were noted on the record. Based upon the files, records, and proceedings herein,

IT IS ORDERED THAT:

1. GE Capital is entitled to the immediate possession of the Equipment described in the Verified Complaint and the Affidavit of William Wilson. The Equipment consists of the following items, together with any and all component pieces, as more particularly described in the Equipment Schedule dated March 16, 1999, attached to the Verified Complaint as part of Exhibit A, the Equipment Schedule dated October 9, 1999, attached to the Verified Complaint as

part of Exhibit A, and Annex A to Construction Equipment Schedule No. 001 dated December 28, 2006, attached to the Verified Complaint as part of Exhibit D, to wit:

Description of Equipment

| Number of Units | Manufacturer | Type of Equipment | Serial Number | Model |
|---|---|---|---|---|
| 1 | Ditch Witch | Jet Trac Directional Drill | 2R2764 | JT4020 |
| 1 | Ditch Witch | Mud Mixing System | 2R3315 | ZMM9 |
| 1 | Ditch Witch | Mud Mixing System | 2R2731 | ZMM9 |
| 1 | Subsite | Tracking Receiver | 55812 | 66TKWR |
| 1 | Subsite | Beacon | 55868 | 86B |
| 1 | Subsite | Beacon | 45654 | 86BH |
| 1 | Subsite | Remote Tracking Disp. | 54106 | 90D |
| 1 | American Augers | Directional Drill | DD40170899 | DD-4 |
| 1 | Efficiency | Trench Box | 129064 | 2005 HT6F-824 |
| 1 | Efficiency | Trench Box | 129057 | 2005 XLDF-816 |
| 1 | Efficiency | Trench Box | 129058 | 2005 XLDF-816 |
| 1 | Efficiency | Trench Box | 129059 | 2005 XLDF-816 |
| 1 | Efficiency | Trench Box | 129060 | 2005 XLDF-816 |
| 1 | Efficiency | Trench Box | 129061 | 2005 XLDF-424 |
| 1 | Efficiency | Trench Box | 129062 | 2005 XLDF-424 |
| 1 | Efficiency | Trench Box | 129063 | 2005 XLDF-424 |
| 1 | Efficiency | Trench Box | 129569 | 2005 XLAP-8X6 |
| 1 | Efficiency | Trench Box | 129570 | 2005 XLAP-8X6 |
| 1 | Efficiency | Trench Box | 129571 | 2005 XLAP-8X6 |
| 1 | Efficiency | Trench Box | 129572 | 2005 XLAP-8X6 |
| 1 | Efficiency | Trench Box | 129138 | 2005 HT8F-824 |
| 1 | Efficiency | Trench Box | 129137 | 2005 HT8F-824 |
| 1 | Efficiency | Trench Box | 127132 | 2005 XLDF-820 |
| 1 | Efficiency | Trench Box | 127134 | 2005 HT6F-824 |
| 1 | Efficiency | Trench Box | 127136 | 2005 HT8F-824 |
| 1 | Efficiency | Trench Box | 129242 | 2005 XLDF-816 |
| 1 | Efficiency | Trench Box | 129243 | 2005 XLDF-816 |
| 1 | Case (Construction) | Wheel Loader | JEE0123269 | 2000 821C |
| 1 | Caterpillar | Dozer | ALY00837 | 2004 D6N LGP |
| 1 | Caterpillar | Skid Steer | SLK03401 | 2005 257B |
| 1 | Caterpillar | Skid Steer | SLK01876 | 2005 257B |
| 1 | Sterling | Truck w/Vactor Hydro Excavator | 2FZNCEDB6XAA46345 | 1999 |
| 1 | BOMAG | Roller | 101581231014 | 2003 BW145PDH-3 |
| 1 | Ditch Witch | Drill | 2T3227 | 2000 JT 2720 |

CHILIB-2190722.1-515998-00066

| Number of Units | Manufacturer | Type of Equipment | Serial Number | Model |
|---|---|---|---|---|
| 1 | Kobelco America | Mark IV | YCU0446 | 1996 SK300LC |
| 1 | Caterpillar | Motor Grader | 2ZK00445 | 1995 140H |
| 1 | International | Single Axle Flatbed Dump | 1HTSDPPN5RH560766 | 1994 4900 |
| 1 | International | Lube Truck | 1HTSCAAN3VH459163 | 1997 4900 |
| 1 | International | Single Axle Flatbed Dump | 1HTSDAAN0SH215348 | 1995 4900 |
| 1 | International | Single Axle Flatbed Dump | 1HTSDAAN2SH215349 | 1995 4900 |
| 1 | International | Single Axle Flatbed Dump | 1HTSDAAN6TH341229 | 1996 4900 |
| 1 | International | Single Axle Flatbed Dump | 1HTSDAAN2SH667480 | 1995 4900 |
| 1 | International | Single Axle Flatbed Dump | 1HTSCAAN0TH350124 | 1996 4900 |
| 1 | International | Single Axle Flatbed Dump | 1HTSCAAN2TH350125 | 1996 4900 |
| 1 | International | Single Axle Flatbed Dump | 1HTSCAAN6TH350130 | 1996 4900 |
| 1 | Ditch Witch | Drill | 2T1150 | 2000 JT 2720 |
| 1 | Case (Construction) | Trencher | JAF0199374 | 1996 860 |
| 1 | Case (Construction) | Wheel Loader | JEE0123675 | 2000 721C |
| 1 | Case (Construction) | Excavator | EAC0501198 | 1998 9050B |
| 1 | BOMAG | Single Drum Roller | 101580021014 | 1999 BW156PDH-3 |
| 1 | Peterbilt | Single Axle Flatbed Dump | 3BPNHD7X3VF427657 | 1997 |

2.  Defendant, Henshue Construction, Inc. ("HCI"), and its agents and employees, shall immediately: (1) disclose the location of the Equipment to GE Capital; and (2) deliver the Equipment to GE Capital.

3.  Except as specifically set forth herein, HCI is hereby enjoined and restrained from taking any action concerning the Equipment, including, without limitation, the use, sale, transfer, or other disposition of the Equipment or any components hereof. In addition, HCI is hereby enjoined and restrained from taking any action that would interfere in any way with the seizure of the Equipment.

4.  Upon the filing by GE Capital of a bond in the amount of $800,000 approved by the Court and conditioned for the return of the Equipment to HCI, if a return be adjudged, the Sheriff

CHILIB-2190722.1-515998-00066

of any County in the State of Wisconsin where the Equipment may be situated, any Federal Marshal in the Western District of Wisconsin, or any duly authorized representative(s) of the same, is directed to seize the Equipment by any and all legal means. If the Equipment, or any unit of it, is concealed in a building or elsewhere, and a demand made by the Sheriff and/or the Marshal and/or its representative(s) for its delivery is refused or there is no response, then the Sheriff shall cause the building or other enclosure, including HCI's place of business at 313 West Beltline Highway, Madison, Wisconsin, and any other place of business of HCI, to be broken open and shall take the Equipment therefrom, or, alternatively, shall secure the building or other enclosure by any reasonable means including, without limitation, changing the locks of the building or other enclosure.

BY THE COURT:

_Barbara B. Crabb_
United States District Judge

Dated: __August 6__, 2008