IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GENERAL ELECTRIC CAPITAL
CORPORATION,

                               Plaintiff,

    v.

HENSHUE CONSTRUCTION, INC.,
GARY L. HENSHUE and
JOHN E. SCHUCHARDT, JR.,

                               Defendants.

ORDER

08-cv-424-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff General Electric Capital Corporation has advised the court that it is no longer seeking judgment against the individual guarantors, Gary Henshue and John Schuchardt, Jr. Accordingly, plaintiff's claims against defendants Gary Henshue and John E. Schuchardt, Jr., are DISMISSED.

      Entered this 6th day of February, 2009.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge